IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**QUAUNTEL SAUNDERS,**

    **Plaintiff,**

v.                                                 Civil Action No. 5:21-cv-00322
                                                               Honorable Frank W. Volk

**LT BURTON, et al.,**

    **Defendants.**

## DISMISSAL ORDER

    This day came the parties and announced to the Court that all claims between Plaintiff Quauntel Saunders and Defendants Nicholas Burton, Dakota Hood, Tyler Pauley, Benjamin Houchins, Zachary Cox, John Lilly, Larry Warden, Garrett Cook, Angelina Athy, James Barnett, Michael Francis, and Jonathan Walters have been compromised and settled and thereupon,

    It is **ORDERED** that the claims of all parties set forth in the complaint in the above-styled action, and all claims related thereto, are dismissed with prejudice and the action is stricken from the docket.

    It is so **ORDERED.**

DATED: March __15__, 2023



Frank W. Volk
United States District Judge

Agreed by:


/s/ *Lydia C. Milnes*
Lydia C. Milnes (WVSB # 10598)
Lesley M. Nash (WVSB #14158)
Mountain State Justice, Inc.
1029 University Ave., Ste. 101
Morgantown, WV 26505
Phone: (304) 326-0188
Facsimile: (304) 326-0189
lydia@msjlaw.org
lesley@msjlaw.org
*Counsel for Plaintiff*


/s/ *William E. Murray*
William E. Murray (WVSB #2639)
Jaden P. Rhea (WVSB #13454)
Anspach Meeks Ellenberger LLP
500 Virginia Street, East, Ste. 525
Charleston, WV 25301
Phone: (304) 205-8063
Facsimile: (304) 205-8062
wmurray@anspachlaw.com
jrhea@anspachlaw.com
*Counsel for Defendants*